KEVIN JEFFERY (SBN 212353)
THOMAS H. SQUERI (SBN 121081)
350 Technology Drive
P. O. Box 50001
Watsonville, CA 95077-5001
Telephone:  (831) 768-2103
Facsimile:  (831) 768-2201

Attorney for Plaintiff
GRANITE ROCK COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff,<br>UNITED STATES, For the<br>Use of GRANITE ROCK COMPANY,<br><br>vs.<br><br>Defendants,<br>CAL INC.; a California corporation;<br>TRAVELERS CASUALTY and SURETY<br>COMPANY OF AMERICA, | Civil Action File No. CV-08-1208 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**<br><br>[F.R.C.P. 41(a)(1)<br><br>**FILED VIA E-FILING** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: May 29, 2008

_____
KEVIN JEFFERY
Attorney for Plaintiff

The Clerk shall close the file.

Dated: May 29, 2008

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Maria-Elena James]*

NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Page 1